# IN THE UNITED STATES DISTRICT COURT
# FOR MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEE-ANNA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:18-cv-01260 |
| ) | |
| THE LITTLE CLINIC OF TENNESSEE LLC, ) | Judge William L. Campbell, Jr. |
| TOM SHELLY and THE KROGER CO., ) | |
| ) | |
| Defendants. ) | |

___

## MOTION TO ACCEPT LATE-FILED
## RESPONSE AND AFFIDAVIT
___

The Plaintiff, **LEE-ANNA THOMAS**, by counsel, respectfully moves that this Honorable Court accept the Plaintiff's Response to Defendant's Motion to Dismiss ("Response"), which was due to be filed by December 4, 2018, and the accompanying Affidavit of Lee-Anna Thomas, which includes an attached notarized signature page and six exhibits.

Counsel for the Plaintiff would show that the Response was 8 minutes late-filed at 12:08 a.m. on December 5, 2018, and that the Affidavit was filed at 12:36 a.m. on December 5, 2018.

Counsel would show that he had an entry error with his new CM/ECF ID and password, and that he had to request a new password through the automated CM/ECF system, after his PACER ID and password were inadvertently auto-loaded. Counsel would further show that he then had an inadvertent error with the entry of the Affidavit and its attachment and exhibits, and had to start over to correct such inadvertent error.