# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEE-ANNA THOMAS,            ) | |
|      )  | |
|     Plaintiff,     ) | |
|     )    | Case No. 3:18-cv-01260 |
| v.    )  | |
|     )    | JUDGE CAMPBELL |
| THE LITTLE CLINIC OF    )  | MAGISTRATE JUDGE NEWBERN |
| TENNESSEE, LLC, TOM SHELLEY, ) | |
| and THE KROGER CO.,    )  | |
|     )    | |
|     Defendants.    ) | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 7). Plaintiff filed a response in opposition (Doc. No. 12), and Defendants filed a reply (Doc. No. 16). Plaintiff also filed an affidavit and exhibits affirming allegations in her complaint. (Doc. No. 13.) For the reasons set forth in the accompanying memorandum, the Motion to Dismiss is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE